_Stephan L. Byrd_

[Certification of Stephan Byrd
on Honorable Judge Robert B.
Kugler Bad Behavior, In
Violation of Article III Section I
and Article VI OF OUR
UNITED STATES CONSTITUTION]

TO: Clerk OF Court
For Posting ON Docket
Criminal Action No:. 1:15-
[RBK]

CIVIL NO: 1:23-CV-09610-
[RBK]

# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

STEPHAN R. BYRD
Petitioner,

v.

UNITED STATES OF AMERICA
Respondent,

HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

Criminal NO: 15-409 (RBK)
CIVIL NO: 1:23-CV-09610 (RBK)

[ AFFIDAVIT/CERTIFICATION OF STEPHAN
BYRD (PETITIONER) ON HONORABLE JUDGE
ROBERT B. KUGLER BAD BEHAVIOR, IN
VIOLATION OF ARTICLE III SECTION 1.
AND ARTICLE VI OF OUR UNITED
STATES CONSTITUTION]

I, STEPHAN R. BYRD, depose and state that the
following FACTS are True and Correct under
penalty of perjury pursuant to 28 U.S.C. Sect.
1746 and hereby certifies as follows:

(1) I, Stephan R. Byrd, State that Honorable
Judge Robert B. Kugler has applied unreasonable
Conclusions of facts and unreasonable
applications of Clearly established law in
this case of United States v. Stephan Byrd,

(1)

all to impede Justice, in continuing violation of the Petitioner Stephan R. Byrd Constitutional Rights to Due Process, and his own Sworn Oath to protect the United States Charter, i.e., Our Forefathers Constitution.

(2.) I, Stephan R. Byrd, State that the District Court record of United States v. Stephan R. Byrd, Criminal Action No. 15:409 (RBK) in the Court of Honorable Judge Kugler is repeatedly and irreparably infected with misconduct by the Federal Government Prosecution team of Sara A. Aliabadi (A.U.S.A) and Jason Richardson (A.U.S.A.), and the multi-jurisdictional team of agencies responsible for the Criminal investigation, convoluted nature of the evidence, and Convoluted nature of the proceedings.

(3.) I, Stephan R. Byrd, State and Depose that It is deceptive to rely on the pursuit of truth, procedural rules and Our United States Constitution to defend a Clearly harmful Practice. On December 1, 2017 at the evidentiary hearing Honorable Judge Kugler Stated ["The Exculpatory Evidence that his car was at the place of work, the police didn't know until after they arrested him." ] Pg. 20 Lines 8-11].

(2)

Now on February 12, 2018 less than 2 months later the Court would prejudice Mr. Byrd and show that he would not receive equal protection of the laws in this Courtroom. The Honorable Judge Kugler would make the bias statement, " You're just obsessed with this idea that somebody has placed your car at the scene of the crime, a fact that I've never seen in any police report, a fact I've never seen in any transcript of anything".

Furthermore, the Honorable Robert B. Kugler had previously just observed this very same issue in affidavits of the federal Government. When on March 22, 2017 at the evidentiary hearing the Court would strike false representations about my vehicle surveilling banks out of an affidavit. [ See., Doc 81, March 22, 2017 Page 28 Lines 17-25, Page 29 Line 1-25, Page 30 Lines 1-25, Page 31 Lines 1-25, Page 32 Lines 1-25 and page 33 Lines 1-12, as annexed herewith and incorporated by this reference as if fully set forth herein.]

4.) I, Stephan R. Byrd, State and depose that on October 2, 2017 the Honorable Judge Kugler Court Stated in an Opinion, (page 4 of 4) "Defendant also makes repeated assertions about

What he says is a "call sheet" but which bears the caption of "Vineland Police... Call Detail Report" and bears a date of Monday March 2, 2015. He claims the document was fabricated in an attempt to improperly demonstrate the presence of his car at the scene of the shooting in Vineland."

→ "It is not clear what the document is and what it shows. Moreover, defendant presented no evidence that any law enforcement officer ever asserted in any application for any warrant (arrest, search, GPS tracking) that defendant's car was at the scene of the shooting. This Court, because it still doesn't understand how this document allegedly shows defendant's car was at the scene of the shooting (there are other license plates also listed) obviously never used this information in determining whether probable cause existed for defendant's arrest."

The court would deny the reconsideration motion, and continue to rule for probable cause and make Chicana Brown the substantial basis for it based on a supplemental report wrote 2-3 months after probable cause was given. Now on <u>February 16, 2018</u> at the status conference the Honorable Kugler Court informs Mr. Byrd that he doesn't have an affidavit and he can go to the state court and get whatever he wants. [ <u>See.</u> <u>February 16, 2018</u>, <u>Doc. 129-130</u>,

page 13   Lines 6-23, as annexed herewith and incorporated by this reference as if fully set forth herein.]

Mr. Byrd: Listen. On the attempted murder charge, you gave a defferential Standard of review when you, when you said that the judge had --

The Court: I don't know what you're talking about. I found that that was probable cause to have you arrested.

Mr. Byrd: Exactly. If you saying that they have probable cause, then under Franks versus Delaware --

The Court: Nothing to do with what the State Judge found.

Mr. Byrd: Yes, yes, yes, yes, it does. You, You have -- you are confined to the affidavit.

The Court: I'm confined to the facts.

Mr. Byrd: Which is in the affidavit. That was presented to the judge. The Substantial basis.

The Court: Well, I don't have any affidavit. That's filed in State Court. Why would I have a affidavit that's filed in State Court. This is not the State Court. Go to the State and get whatever you want.

(7)

Notes to Chad Article: that is District Court
Judge Knew and Was aware that he was in
violation of his oath and was purposely
violating Mr. Byrd Due Process Rights to
fairness and to be heard, On May 15,
2018 at Doc. 149 Court appointed Investigator
Kerry Tucker Submitted a Fasimile letter dated
5/11/2018 on the docket carrying two
Sworn affidavits from Vineland Police
Department. One affidavit negated probable Caus
on record either written or USpoken that
would justify the attempted homicide warrant
and the second one explained to the
Court what the "Call detail Report" signified
with my DMV registration on it ⁽⁾ as
if my Car/vehicle was called in or if
it was at the scene of the crime.

The court would quash the Subpoena
and affidavits to cover up the misconduct,
because now its clear, the defendant had
been framed. However the Court wouldn't
Stop there in its Honest Service Violation.
Honorable Robert B. Kugler would then
admonish the Court appointed investigator
for going to get the Sworn affidavits.
[See Doc. 156 May 15, 2018]

5.) I, Stephan Byrd, state and attest that Honorable Judge Kugler Court and the acting Federal Prosecutors, based on Factual Development and Belief that they entered a Conspiracy to cover up the misconduct and Framing by these agents in order to secure an illegal Conviction for Bank Robberies and to Rob the American Tax Payers of their taxes. At all times in this Courtroom (in necessity) I, Stephan Q. Byrd had prove through Federal Documents that I was framed by the F.B.I. and Vineland Police on an attempted murder charge. I, was placed in the Cumberland County Jail on July 28, 2014 illegally through a Conspiratorial framing and held on a $250,000.00 cash bail.

On July 29, 2014 after framing me for the attempted homicide, this ad-hoc team of agencies went into Mr. Byrd home to begin framing him on the Bank Robberies. Vineland Police Department would get the warrants for bank robberies and sneak the F.B.I. into the home knowing their name was not on the warrant.

The same Vineland Police Department Detective Gregory Pacitto who illegally got the attempted murder warrant with fabricated

evidence would be buried or lost or anything. Once these agencies came out of my home all property was given to the F.B.I. even though they had no warrants for it, No jurisdiction and no charges on Mr. Byrd at the time. This was clear by the Chain of Custody. On <u>September 24, 2014</u> 2 months after leaving out of my home and rebuilding Stale crime scenes they would take shell casings out of my yard behind the wooded fence and plant them at the rebuilt crime scene.

6.) On <u>October 1, 2015</u>, I, Stephen Byrd, State and depose that Charles Sanders did a Proffer with the federal Government Attorney Sara A. Aliabadi and Lead Case agent Michael Scimeca of the F.B.I. On the attempted homicide. F.B.I Agent Michael Scimeca wrote in his rough notes "<u>Byrd Not there Not</u> <u>involved</u>" or exactly "<u>S.B. not there not involved</u>". Yet he and <u>Sara A. Aliabadi</u> Sat at the Government desk in Court for 5 years and hid this while advocating to the court that I was involved and there was probable cause to justify my arrest. Every hearing I was denied my Constitutional Rights to Due Process and Equal Protection of the laws, because at every hearing the Government team put me at the

(10)

the government officials along with Eric Bailey and someone name Couch, and this Honorable Court knew that I was innocent based off the documents but continued to muddy the record in order to assist the government officials in securing a conviction.

On the Same October 1, 2015 day, Charles Sanders gives the attempted homicide Proffer; he is in Honorable Judge Kugler Court Conducting a Plea Colloquey. [See, Case No. 1:15-cr-00514-RBK, Document 28, Filed 8/8/2016, as annexed herewith and incorporated by this reference as if fully set forth herein.] Government Attorney Sara A. Aliabadi entered the plea agreement into the record along with the defense attorney Mr. Hughes.

On Page 17 Lines 17-19 the Court informs Sanders that the Government no longer needs to investigate his role in the case. This was crucial because that's exactly what they did after the proffer when they discovered it was Charles Sanders on the attempted homicide and Byrd was falsely accused, they stopped investigating Charles Sanders and Eric Bailey connection to Bank Robberies even though he later incriminates Eric Bailey in the robberies in later Proffers.

On Page 22 Lines 11 thru 16 "I asK
Mr. Sanders "did he go into the bank with
someone who he Knew" as "Steven Bird" or
"Stephan Bird", he stated Yes. Now on February
16 2018, three years later as I continue to
argue the misconduct all illegal actions of the
Federal Government, Page 27 Lines 9-13, this
Honorable Court stated:

    The Court: "By the way, you raise
that Name, Charles Sanders in your motion on
the grand jury transcripts. I dont Know who
he is. "I dont Know anything about a
proffer. I dont Know anything about a proffer.
I dont Know anything about him being in,
over in Philadelphia-locked up near you. I
dont Know anything about that!"

(7.) I, Stephan R. Byrd, state and depose that
the Government had already conceded on
the relevant jury instruction constituting plair
error on the 18 U.S.C. § 922(g)(1) elements. See
Case 1:15-cr-00409-RBK, Document 249, Filed May
3, 2021, Page 3 of 40 Page ID: 6482.] The
Jury clearly asK for clarification on the 3 elements
showing that they never contemplated or was told
about a fourth element pursuant to Rehaif
and its progeny.

(10)

A Defendant has been deprived of his Due process rights if the Jury didn't find him guilty and liable of each element of a crime beyond a reasonable doubt. This Honorable Court ignored the Constitutional guarantee of each element beyond a reasonable doubt and Denied the Defendant rule 33 motion for a new trial. Counsel Teri S. Lodge Knew the government conceded, ignored the Court erroneous ruling and failed to appeal this Meritorious error.

8.) I, Stephan R. Byrd, State and depose that Honorable Judge Kugler Court would use a supplemental report who the attempted homicide written by Detective Gregory Pacitto 3 weeks after Probable Cause was given to say Chicana Brown was the substantial basis for probable cause to arrest Mr. Byrd. This report is dated <u>August 5, 2014</u>, whereas probable cause was provided on July ■,25, 2014. However this was erroneous due to the fact that <u>August 5, 2014</u> is the same Day Vineland Police Detective Gregory Pacitto No. 2 to the attempted homicide validated my claims of innocence. Detective Gregory Pacitto of Vineland Police Department failed to Put in his report that Chicana Brown had lied. [ <u>See..</u> <u>Case No. 1:15-cr-00409-RBK</u>, <u>Document 101-3</u>, <u>Filed</u> <u>8/21/2017</u>, <u>Page 26 of 90</u> <u>Page ID : 1522</u>, <u>aA</u>

annexed herewith and incorporated by this
reference as if fully set forth herein.]

See also., Case No: 1:15-cr-00409-RBK, Document
101-1, Filed 8/21/2017, Page 66 of 74 Page ID: 1411
as annexed herewith and incorporated by this
reference as if fully set forth herein.]

Honorable Judge Robert B. Kugler
is/was aware of this cross reference
Meritorious connection, this is why he
repeatedly denied both Gregory Pacitto and
Craig Scarpa as witnesses at all hearings.
Yet he knew and was aware that (Det.
Gregory Pacitto the principle State Agent on
the framing of the attempted homicide
was on the chain of custody of evidence
in my home. He is on the chain of
custody for being in the SW Bedroom
to my home during the raid of my
home for bank robberies while I'm in the
County jail on the framing. What is
more alarming is that he is there with
the F.B.I. agents who was not on
the warrants to be in my house
during the raid.

9.) I, Stephan H. Byrd, State and Depose actual innocence to the New Jersey Attempted Homicide and Federal Bank Robberies, and that the Federal Government Assistant United States Attorneys and F.B.I. Lead Case Agent is aware through a timeline of facts and Federally acquired documents of my Innocence of all Charges.( This is a timeline of facts to the (Brady violation of Charles Sanders October 1, 2015 proffer, and how A.U.S.A. Sara A. Aliabadi, A.U.S.A. Jason Richardson, A.U.S.A.N.I. Courtney Oliva and S.A. of F.B.I Michael Scimeca were aware of these meritorious facts which is why they hid it until the eve of trial. These Federal Officials Deceived the Honorable Robert B. Kugler through Fraud on the Court.

⟶ Brady violation Timeline to Charles Sanders October 1, 2015 Proffer:

A. 10/01/2015 — Charles Sanders Proffer on State of New Jersey attempted homicide. He confesses to being at the July 16, 2014 shooting assault of Eric Bogan. Mr. Sander is in the backseat as Shawn Jones was the driver and Eric Bailey front seat passenger.

(12)

The Government Officials who were present at this proffer are as follows, A.U.S.A. Sara A. Aliabadi, F.B.I. Special Agent Michael Scimeca and Currie Brzezinski C. . Also present was the acting attorney for Charles Sanders, Mr. Evan Hughes Esq.
[See, F.B.I. 302's  M-2-58  and M-2-59, as annexed herewith and incorporated by this reference as if fully set forth herein.]

B. Significance of Proffer
Because not just did he proffer on the attempted homicide but Charles Sanders now admits that Maurice Petway, Maurice Petway white car, Maurice Petway white girlfriend Amy Harker into the investigation. He also speaks about Eric Bailey and Shawn Jones. [See, F.B.I. 302's M-2-60 as annexed herewith and incorporated by this reference as if fully set forth herein.]

C. Charles Sanders informs the A.U.S.A. Sara A. Aliabadi and Lead Case Agent Michael Scimeca that Stephan Byrd not there not involved. See, S.A. Michael Scimeca Rough Notes in F.B.I. 302's  M-2-61, as annexed herewith and incorporated by this reference as if fully set forth herein.]

(14)

This proffer though notes is very significant for three specific reasons, (1) It Disconnects Stephan Byrd from Eric Bailey and attaches Charles Sanders. 2.) It shows Stephan Byrd is innocent of the shooting and was on a false arrest and illegal detention. 3.) It validates Shawn Jones statement that Byrd doesn't hang out with them, which is what he told Detective Pacitto before a warrant was ever issued. It validates Detective Craig Scarpa of Vineland Police Department, timecards of Stephan Byrd showing he was at work. It proves Chicana Brown lied and was Coerced.

Fully aware of this Brady material that puts the investigation into a whole new light, A.U.S.A. Sara A. Aliabadi and lead Case agent S.A. Michael Scimeca along with S.A. Carrie Brzezinski, Covers it up and go on to deceive the honorable Robert B. Kugler Court through fraud all the way up to the eve of trial.

D. Significance of Charles Sanders naming Maurice Petway at this October 1, 2015 Proffer. As early as <u>July 10, 2015</u>, S.A. Michael Scimeca and A.U.S.A. Sara. A. Aliabadi are on the email chain Stating that Maurice Petway - AO being 3rd Suspect in the 7/19/2014 Newfield-Vineland Bank Robbery and may be

(15)

responsible for 11/21/2014 Newfield Malaga Bank Robbery. <u>Note</u> : only one person is responsible for this bank robbery. Although Charles Sanders incriminated Maurice Petway he was never charged.

[<u>note</u> * <u>Newly Discovered Evidence</u> <u>Maurice Petway</u> <u>AO has a child by Ex.</u> <u>Vineland Task Force Detective</u> <u>and</u> <u>Mayor Alvarez</u> <u>Daughter</u> ] I, Stephan R. Byrd, swear under penalty of Perjury Pursuant to 18 U.S.C. 1746.

E. On July 25, 2014 They associate Stephan R. Byrd with Eric Bailey and Shawn Jones through attempted homicide Warrants

F. On July 29, 2014 New Jersey State Police Contact S.A. Joseph Furey about Bolo he had put out about Stephan R. Byrd, Shawn Jones and Eric Bailey. <u>See</u>, <u>Joseph Vicari email to S.A. Joseph Furey</u> <u>of 7/29/2014</u> ]

G. <u>September 29, 2014</u> S.A. Michael Scimeca get Subpoena to listen to Stephan Byrd and Eric Bailey phone Calls in Cumberland County Jail. Both

(16)

are incarcerated for 7/16/2014 attempted homicide

H. September 30, 2014 Stephan Byrd Charged with Federal Bank Robberies. Still Connected to Eric Bailey and Shawn Jones, through attempted homicide.

I. September 29, 2014 Courtney Oliva A.U.S.A.N. J. emails Michael Scimeca the Subpoenas at 5:22 p.m.: I'm connected to Eric Bailey for Bank Robberies. F.B.I. Alleged to have nothing to do with Attempted homicide. So Subpoenas to listen to Phone calls is predicated on Bank Robbery Crew.

J. December 17, 2014   Fake Dismissal letter of "No Bill" at State of New Jersey Grand Jury Circulated. Stephan Byrd was never even presented, Fraud on the Court.

K. March 8, 2015. — Nephew Kevin Peterson Murdered? Is F.B.I. involved — On July 14, 2015 Michael Scimeca generates email Connecting Stephan Byrd to Eric Bailey Vicariously through nephew in email
Why and based on
What information?   Then they falsifie
Proffer of Charles Sanders as if he said Something about Stephan Byrd Nephew [See., F.B.I. 302 M-2-39 , as annexed herewith and incorporated by this reference as if fully set forth herein.]

(17)

believe S.A. Michael Scimeca and S.A. Joseph Furey may be involved in the Homicide of my nephew Kevin Peterson Jr. They falsified F.B.I. 302 M-2-39 and made it seem as if Charles Sanders made statements about my nephew homicide being the result of robberies. Charles Sanders testified in trial that he doesn't know me, so how would he know my nephew. They would then try to correct the error in F.B.I 302's M-2-39 as if Charles Sanders heard it through facebook, when they realized that he was murdered during my incarceration.

Return to October 1, 2015 Proffer:

L. Once Government does proffer on October 1, 2015, A.U.S.A. Sara Aliabadi, A.U.S.A. Jason Richardson, S.A. Michael Scimeca and S.A. Joseph Furey, now all know that they cannot associate me with Eric Bailey and Shawn Jones through the attempted homicide. They must now associate their witness <u>Charles Sanders</u>, <u>Eric Bailey</u>, <u>Shaw Jones</u>, <u>Maurice Petway</u> · (At <u>Maurice Petway White Car</u>, <u>Maurice Petway White girl</u>. See, F.B.I 302 M-2-60

This is what allowed Charles Sanders in the <u>F.B.I. 302 M-2-4D</u>, to put the white girl and white car as a attribute to me, and then change it on <u>October 1, 2015</u>.

(10)

J.   Now Connecting Charles Sanders to Eric Bailey, Start investigation over at July 10, 2015 email about Maurize Petway being the suspect in the bank robberies. A.U.S.A. Sara Aliabadi and S.A. Michael Scimeca said in email he was Casing the bank on 7/19/2014 and may be responsible for 7/21/2014. Also once you acknowled. July 10 2015 Proffer, you now must look at F.B.I. 302 rough notes M-2-161 white Car or white truck Connecting Charles Sanders, Maurice Petway, and Eric Bailey.

K.   This is why Charles Sanders didn't start Proffering until after he was informed that someone over in Philadelphia detention center had taken responsibility for the robberies without the implications of others.

L.   <u>Testimony</u> <u>of Charles Sanders at Trial</u>

Sanders - Cross - Archie

Q.   You don't even know Byrd, Correct?

A.   No.

[See., <u>T. Tr. April 9th 2019</u>, <u>Doc. 205</u>, <u>pp. 132 Lines 1-2</u>, as annexed herewith and incorporated by <u>this reference as if fully set forth herein</u>

(19)

By Mr. Archie

19.  Q. You talking about Mr. Byrd?

20.  A.  Yes

21.  Q.  So you dont know who he is or what he looks like?

22.  A.  No

23.  Q.  But you robbed a bank with him?

24.  A.  Yes.

[ See, T.Tr. April 9, 2019, Doc. 205, pp. 133. Lines 11-25, Pp. 134 Lines 1-24, as annexed herewith and incorporated by this reference as if fully set forth therein]

M.  Read the F.B.I. 302 rough notes M-2-64
["C.S. did not have a phone probably
S.B. called him [white car] Drive to
noon [Eric Bailey House."]

However in Government Exhibit MS-10
Charles Sanders Search Warrant for Cell Phones

cell phone #1: "Sanders was deceitful to the agents indicating that this phone was his only operating cell phone, which was used to contact the F.B.I

[As annexed herewith and incorporated by this reference as if fully set forth herein.

(20)

No. A.U.S.A. Sara H. Aliabadi, A.U.S.A. Jason Richardson and Lead Case Agent of F.B.I. S.A. Michael Scimeca all conspired against the Constitutional Rights of Stephan A. Boyd through Fraud on the Court. These Federal Agents would deceive the Honorable Kugler Court repeatedly from 2014-2019 Trial, so much as that they actually have the record looking as if Honorable Robert B. Kugler had joined the conspiracy.

The following entries that was filed on the Court by these Federal Agents Created fraud on the Court while the entire time they were with-holding information that proved my innocence and that incriminated their Star Witness Charles Sanders into the attempted homicide in the State and implicated Eric Bailey and Maurice Petway into the bank robberies, and laid the foundation for egregious prosecutorial misconduct.

D-
1. See. Case: 1:15-Cr-00409-RBK Document 61 filed December 29, 2016, 1 year, 2 months and 28 day after October 1, 2015 proffer of Government Witness Charles Sanders: [Quote in Part] Pg. 18 of 44, Page I.D.: 555 See., Footnote Paragraph 1:

(21)

A.U.S.A. Sara A. Aliabadi Stated in Part :

" Here, by contrast, Byrd's State Shooting charges were supported by probable cause, ther was" evidence against Byrd, and Byrd himself admitted that he knew the other individual's involved in the shooting. <u>Watson</u> does not control, and Byrd's recorded statement is admissible."

2.) <u>Quote 2 in Part</u>   <u>Page 24 of 44</u>   <u>Page ID: 561</u>
<u>Bottom of Second Paragraph</u>:   <u>A.U.S.A Sara A.</u>
<u>Aliabadi</u>   <u>Stated in Part</u> :

" Byrd's provides no factual support for his theory however. Looking at Byrd's prosecution as a whole, Byrd's State charges were supported by probable cause and there is no <u>lawful</u> reason to dismiss his superseding indictment or preclude the admission of his recorded statement to F.B.I. Agents

3.) <u>Quote 3 in Part</u> <u>Page 27 of 44</u>   <u>Page ID: 56</u>
<u>A.U.S.A. Sara A. Aliabadi</u>   <u>Stated in Part</u> :

(22)

"Byrd ignores all the other evidence in the shooting investigation that supported the probable cause underlying Byrd's arrest warrant. Vineland Police Records reflect that when officers interviewed Byrd, Byrd denied any personal involvement in the shooting but admitted that he was aware of it and he had been in the company of the other suspects in the shooting, Eric Bailey and Shawn Jones. Further Police received information about Byrd from a female ("UF") who knew Bailey and Jones."

4.) <u>Quote 4 in Part</u>   <u>Page 28 of 44</u>   <u>Page ID: 565</u>
    <u>First Paragraph</u>   <u>A.U.S.A. Sara A. Aliabadi</u>
    <u>Stated In Part!</u>

"UF also told police that during her conversation with Bailey, Bailey told UF that Byrd was present at the scene of the shooting and that Byrd had given Bailey the gun that he used to shoot Bogan."

(23)

5.) _____ No. : 565

A.U.S.A  Sara A. Aliabadi  <u>Stated In Part</u>:

<u>Last Paragraph</u>:

" Law enforcement had evidence that Byrd
was at the scene of the shooting, that
Byrd had supplied the gun used in the
shooting, that Byrd knew the others involved
in the shooting: and that Byrd had been
in the company of others involved in the
shooting. In light of all this evidence,
it is clear that Byrd's state arrest warrant
was supported by probable cause [ or, at a
minimum, that law enforcement reasonably relied
on this warrant in good faith when arresting
and detaining Byrd]"

— I, Stephen Byrd, state and depose that the
above quotes are those of A.U.S.A. Sara A. Aliabadi
at the March 22, 2017 hearing that created <u>fraud
on the Court</u> and gave way to a denial of
my Procedural and Substantive Due Process. The
Court would rule against the defendant at
this evidentiary hearing, allowing a coerced
confession and Mr. Byrd vehicle and registration
into the trial, which was seized on the
false arrest by United States Marshal Service
for the F.B.I. Bank Robbery investigation. I
make this statement under penalty of Perjury
Pursuant to 28 U.S.C. 1746. ——

(24)

I, Stephan Byrd, State and depose under
the penalty of perjury that the Honorable Court
of Robert B. Kugler was Deceived through fraud
on the Court at this evidentiary hearing, due
to the Fact the <u>October 1, 2015</u>   proffer had
already taken place with Government Criminal
Witness Charles Sanders and a 5K1 had
already been Signed as well as a Plea
Colloquey accepted by the Court and government.
The Honorable Court of Robert B. Kugler
would stand upon the the <u>Fraud</u> by this
Government team of A.U.S.A Attorneys Sara A.
Alizadi and A.U.S.A. Juan Richardson as
the Court would make the following ruling
against the defendant predicated on <u>Fraud</u>.

<u>IN Part</u>  <u>March 22, 2017</u>   <u>Docket 81·82</u>
<u>Pp. 113-114</u> :
      " The victim doesnt know who's in the
backseat, but Chicana Brown, again completely
unsolicited, no evidence she has an axe
to grind, doesnt seem to be seeking to gain
anything at all, she shows ▄ up at the
Police station and says the shooter told
her that Byrd gave him the gun and was
in the car. And so I Stated, the description
of the gun matched that of the victim, which
of course enhances her credibility."

1. Dee., Criminal Case No: 1:15-Cr-00404-RBK Document 107 Filed September 26, 2017, 1 year 8 months 26 days after October 1, 2015 Proffer and Plea Colloquy of Government Criminal Witness Charles Sanders

Quote 1 in Part Page 1 of 4 Page I.D: 1665 A.U.G.A. Sara A. Aliabadi Stated In Part First Paragraph:

"Defendant Stephan Byrd's conduct just days ago in issuing multiple subpoenas to federal Agents, law enforcement officers, and a civilian, the only purpose of which appears to be harassment and wasting time"

↓

Quote 2 In Part Page 1 of 4 Page ID: 1669 Third Paragraph A.U.G.A. Sara A. Aliabadi Stated In Part

"Byrd now seeks to take advantage of the Governments latitude by turning the proposed hearing into a three-ring circus."

↓

(26)

Quote 3 In Part    Page 2 of 4    Page I.D. 1670

Mid Second Paragraph   A.U.S.A. Sara A. Aliabadi

Stated In Part

"There has been no intervening Change of controlling law; there is no new evidence that was not previously available to Byrd and his prior counsel at the pretrial motions hearing."

Quote 4 In Part    Page 2 of 4    Page I.D: 1670

A.U.S.A. Sara A. Aliabadi   Stated In Part

"The evidence showed that there was no federally orchestrated "ruse" to arrest Byrd on a Baseless State Shooting crime and, in fact, the State Shooting crime for which Byrd was arrested was itself amply supported by Probable Cause"

_____   I, Stephan Byrd, State and depose that based off this Statement by A.U.S.A. Sara A. Aliabadi and A.U.S.A. Jason Richardson, attempting to argue Probable Cause on a Defendant they clearly know is innocent, that there are many men and women who may be incarcerated illegally

(27)

at the hands of these seniors prosecutors and may have not had the primary education to research and connect the lies and fraud of there cases, and that every case they have ever resided over need to be opened and reexamined. Especially the cases that possess the same A.U.S.A.'s, Sara Aliabadi, Jason Richardson, F.B.I. personel Michael Scimeca, Carrie Brzezinski, Joseph Furey and The Honorable Court of Robert B. Kugler. This is my belief based off the factual development of this case which is clear and weighty. We must ask what else have they done and was successful at covering up. ———

↓

Quote 5 In Part   ↓  Page 3 of 4   Page ID : 1671
First Paragraph      A.U.S.A. Sara A. Aliabadi
Stated In Part:

"Further, allowing Byrd to present testimony from all these witnesses would result in wasted time and judicial resource, and even more dangerously, it would allow Byrd to harass, embarass, and intimidate the witnesses, ② in contraventio of federal Rules of Evidence 611(a)".

↓

(28)

"For instance, Byrd has issued a subpoena to civilian witness Chicana Brown, who provided information regarding the State Shooting crime for which Byrd was arrested. (Considering Byrd's arguments and comments at the original pretrial motions hearing, the Government believes that Byrd intended to call Ms. Brown in order to intimidate her, harass her, and discredit her character in a public forum. Byrd has offered no purpose for Ms. Brown's testimony at this stage of this case, given the Court's ruling that <u>Byrd's arrest for the State Shooting</u> was <u>supported by probable cause</u> and that Ms. Brown's testimony was corroborated by other evidence in the record."

10.) I, Stephan R. Byrd, state and depose that the A.U.S.A. Sara A. Aliabadi and A.U.S.A. Jason Richardson, and A.U.S.A.N.J. Courtney Oliva are still withholding vital Brady/Giglio material to the best of my belief based on a logical conclusion of facts in the record. Supervisor of records for Vineland Police Department sworn out an affidavit on <u>May 8, 2018</u>, stating under oath pursuant to 28 U.S.C. § 1746:

I, MICHELE PEDULLA, being first duly sworn on oath, depose and say that I am a duly authorize custodian of the police records for Vineland Police Department and have the authority to certify those records.   The copy of the records attached to this affidavit are true and correct in all particulars. These Call Detail Reports were made contemporaneous to the events as they occurred and represent the details of the aggravated assault of 1616 Pennsylvania Avenue on or about July 16. 2014, Specifically, the entry made at the bottom of page 4 that indicates a vehicle bearing NJ Registration P37-DPX was involved on July 16, 2014 at 13:56 hours"

Therefore, 8 days before Chicana Brown comes into the Vineland Police Station on July 23, 2014 Vineland Police had already attempted to connect me to this crew of individuals illegally. Chicana Brown is the only person who made a statement with my name in it.   The Government Attorneys did everything Possible through Fraud On the Court to prevent Chicana Brown from getting on the Stand and explaining why and who had put her up to this, to take Charles Sanders out the vehicle and Put Mr. Byrd in the backseat with Eric Bailey and Shawn Jones.

(3)

11.) I, Stephan R. Byrd, State and Depose that every court ruling in the Honorable Robert B. Kugler Court was predicated on Fraud and Fabricated Facts put in the record by the Government team of A.U.S.A.'s Sara A. Aliabadi and Jason Richardson, along with the lead case agent who sat at the desk during every hearing Knowing "S.B. Not there Not involved" based on his own rough notes and hand writing.

42.) I, Stephan R. Byrd, State and Depose to the best of my belief and ability that I am 100% innocent and was framed by the Federal Government For Crimes I did not commit. I have lost my entire family behind the lies of this Prosecution team. I have been incarcerated 10 years illegally and Honorable Judge Kugler Court, the A.U.S.A's Sara A. Aliabadi and Jason Richardson have all had multiple opportunities to correct their errors and have overlooked the corruption, and egregious misconduct. The record is repeatedly developed with the same facts and evidence from the very beginning and they have all conspired together to cover it up and to protect each other from future Prosecution.

I, Stephan Byrd, State and depose that I have lost some of my eye sight from staying up long hours in attempt to argue my innocence under the neon lights of prison.

(31)

I that my career was little being returned durin
my 19 years of incarceration in the state. I was in
college and could have possibly received my doctoral
degree by now in finance had I not been framed
I completed Parole successfully, however Honorable
Robert B. Kugler would deny my Parole officer
of getting on the stand in my trial.

(13) I, Stephan Byrd, State and depose to the
best of my ability believe that they are
going to continue to cover this case up and
possibly try to have me murdered at some
point for the truth not come out and to protect
the Federal Agents in their misconduct. They are
Purposely sending all my legal mail to P.O. Box
5000 which is the Hazelton medium knowing
I am in the P.O. Box: 2000 Hazelton
Penitentiary because of the 50 years plus I
received.

(14) I, Stephan Byrd, State and depose to the
best of my ability that I am suffering from Post
Traumatic Stress Disorder. During the 10 years
of these egregious violations only one person
in the entire picture has called this and that
is the Court appointed investigator Kerry Tucker.
He wrote the justice Department explaining away
and whistleblowing on the misconduct, and
yet it has still been ignored. I am now
preparing to Petition an individual justice in
the Supreme Court and send the entire case
along with exhibits to them to intervene.

(33)

15.) I, Stephan Byrd, State and depose that I am Strong willed, Strong minded and have no desire to harm myself. If something happens to me here at Hazelton Federal Penitentiary, I State and depose to the best of my ability believe that Honorable Robert B. Kugler, A.U.S.A Sara A. Aliabadi and A.U.S.A. Jason Richardson is behind the Killing along with F.B.I. Agents Michael Scinecca and Joseph Furey. These Agents need to be investigated in connection to the murder of my nephew Kevin Peterson JR.

16.) I, Stephan Byrd, State and depose that I will appeal any denial of my § 2255 Petition and if Honorable Robert B. Kugler Deny me a Certificate of appealibity, I will petition the 3 judge Panel for at least one justice of the 3rd Circuit to issue the Certificate. I depose that I will never stop fighting for however long it takes to get Justice or until it goes into a Courtroom that is neutral and detached and will Honor its Oath and Protect the United States Constitution.

Date: March        , 2024

Respectfully
Submitted
Stephan A. Byrd

(22)